UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUCATION CAPITAL SOLUTIONS, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ACRE INVESTMENT COMPANY, LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 19-cv-04282-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 14, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:　December 6, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 17, 2020.

DESIGNATION OF EXPERTS: July 17, 2020; REBUTTAL: July 31, 2020;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 17, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 18, 2020;
　　Opp. Due: October 2, 2020; Reply Due: October 9, 2020;
　　and set for hearing no later than October 23, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: December 1, 2020 at 3:30 PM.

JURY TRIAL DATE: December 14, 2020 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Plaintiff sent out Initial Disclosures on this day.
The parties have agreed to participate in private mediation. Counsel shall inform the court the name of the mediator selected at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 10/25/19

SUSAN ILLSTON
United States District Judge